

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on June 24, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to July 22, 2019. On July 18, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until August 21, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by August 21, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court